# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA K. CARRILLO,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No.  3:20-cv-00668-LAB-BLM<br><br>**ORDER GRANTING MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE [Dkt. 20]** |

The Court **GRANTS** the parties' joint motion to dismiss this action. Dkt. 20. Each of Plaintiff's claims is dismissed with prejudice. Each party will bear its own attorneys' fees and costs.

Dated:  August 6, 2020

　　　　　　　　　　　　　　　　_Larry A. Burns_
　　　　　　　　　　　　　　　　Honorable Larry A. Burns
　　　　　　　　　　　　　　　　United States District Judge